# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KAMERON ROCHA, *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, *Defendant* | Civil Action No.  1:14-CV-3186-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 25) is DENIED.
Judgment is entered for Plaintiff.  Pursuant to sentence four of 42 U.S.C. § 405(g), the action is REVERSED and REMANDED to the Commissioner.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge  THOMAS O. RICE  on cross-motions for summary judgment (ECF Nos. 14 and 25).

Date:  July 20, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen